UNITED STATES DESTRICT COURT FOR THE WESTERN DISTRICT FOR OKLAHOMA

ROBERT JOE STRANGE Pro.Se., ~~PLAINTEFF~~ *EX PARTE*

-Agianst-

The President of The United States of America
Mr. Donald Trump
United States Congress
United States Dept. Of Interior
Defendants Et.Al.
-----------

Appeal For Immediate *For AN EXPARTE* Release

CASE No *CF 08-32*
Supplied By Court clerk

**FILED**
FEB 18 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST OKLA.
BY_____ac_____,DEPUTY

Appeal For Immediate Release From Custody
-------------------------------------------

Comes now , Robert Joe Strange  Pro.Se.Pursuant to O.S.§1080 (b) et.seq. Indian Country . 18U.S.C.§11519A0,§1153(a). The Kiowa Treaty of Medicine , Lodge ,Ks. 1867. (ARTICLE 1. While being an incarcerated Inmate at Lawton -L.C.F. 6A-111 8607S.E.Flowermound Road Lawton,Oklahoma 73501 See(866F.3d Murphy Vs Royal Page 51.

I. Jurisdiction
---------------

(1)Plaintiff brings this (action), a lawsuit pursuant to 42 U.S.C §1983. This Federal Court Has EXCULSIVE FEDERAL Jurisdiction, that the State of Oklahoma lacks.See 18U.S.C.§1153(a).PlaintiFF also, seeks a declaratory judgment pursuant to 28U.S.C.§2201,2202 Also, Seeks Immediate release. *SEE PUBLIC LAW 280 (1953) OKLA. Declened to Do So!*

II.VENUE
--------

(2)The Western District Of Oklahoma Is an Appropiate venue under 28 U.S.C.§1391(b)(2). Because a Substancial part of the events or ommissions giving rise to the claims. all occurred in the western district of Oklahoma. *§§ 1151 INDIAN TERRITORY" 18 U.S.C.*

*§§ 1151. §§1152 §§ 1153 CRIME AGAINST INDIANS ON" INDIAN TERRITORY". Are EXCLUSIVELY FEDERAL"*

III. Parties
------------

(3) Plaintiff, Robert Joe Strange Pro.Se. Was at all times Relevant to this action . A incarcerated inmate at Lawton-L.C.F. 8607 S.E. Flowermound Road Lawton, Oklahoma 73501 Which Is located in the Western District of Oklahoma 73501

(4) Defendent No.(1) the president of the United States Of America Mr. Donald Trump. Who Resides At the White House 1600 Pennsylvania Ave, Washington, D.C. 20500, Was relevant at all times to this action he and the United States Congress both have exclusive Federal Jurisdiction with Indian Affiars. Both act under the color of Federal Laws (see §A.3b of chapter 13 in Bivans Complaint.

IV. Exhaustion of Administrative Remedies
------------------------------------------

(5) Plaintiff sought to exhaust his administrative remedies. As He Is required by policy. Plaintiff , Filed two(2) HABEAS CORPUS, An (2) Post-Convictions . And a communtation package . All were denied the reason for this action. He, Request his release immediatally from O.D.O.C. custody .

V. Factual Allegations
----------------------

(6) On Febuary -17 2008 Plaintiff , was arrested at Wal-mart Supercenter in Anadarko , Oklahoma . By SGT. Jones , who I allege did not read me my maranda rights, WICHITA Land Kiowa Recervations -

(7) Plaintiff was taken to City jail . No marande rights read to plaintiff. He was transffered to county jail 2-20-2008 ss 1151

(8) A search warrant was issuied 2-17-2008. With the wrong address on it , it was 701 W. Kentucky . Not my correct address, (note) I went to Tag Office to give correct address of 707 , not 709 previous address. Violation of 4th Amendment Rights "

)9) See(18 U.S.C. §1153(a) My crimes were agianst Tribal members.

(10) See attached C.D.I.B. and family tree attached)

(11) the Kiowa Treaty Of 1867 at Medicine Lodge , KS. Needs to be honored as Article 1 needs to be addressed.

(12) For this misjustice of our Treaty . I, Ask both to read the 1867 treaty. Article 1 of Treaty, Kiowa Medicine Lodge KS

(13) Laws , still on the books of Oklahoma Law (a) state upon my release , to recieve One Horse With Tack , And Carbine , Clothes and Fifty Dallares Gold Piece  I. Also Respectfully Demand for Oklahoma , to also Honor Thier Laws , And Our treaty.

## VI Causes of Action

### Count One

(14) Plaintiff was subjected to cruel and unusual Treatment by Correct Care Solutions, The Medical Provider. *Mr William Howaller. CHSA*
(15) Plaintiff Incorporates paragraph 1 Through 15 as though they were stated fully herein.
(16) plaintiff has sought relief for tumor, diabeties and the side effects of 2-11-2016 injection of copaxone aT J.C.C. Helena .Oklahoma 73741 by Nurse Amber ,Riley R.N.
(17) I allege no incident report was filed and no inventory was done by staff, nor was there an investigation done by O.D.O.C.
(18 OAS of 10-18-2018, I have been waiting for Brain Doctor to have tumor from copaxone removed. It is effecting my vision. I, am slowly losing my vision and vertigo. Breathing, heart problems problems are increasing as, well.

### Count Two

(19) Plaintiff sought aduquate care and has sufferd dearly for t the time waiting for C.C.S. to decide what to do. (to pay for the needed sugery)

## VII. Prayer for Relief

Wherefore, Plaintiff respectfully prays this Court to,

9A) Declare the acts and ommissions described herein violated plaintiff rights under the Constitution and laws of the United Ststes.
(B) Odder Defendants to Honor treaty of 1867.
(C) Oder Oklahoma to Honor thier Laws of release.
(D) Grant other just and equitable relief that this Honorable Court Deems necessary. *And ALL Laws still on Okla Books!*
*AIRFRA "American Indian Religious Freedom Act of 1975" U.S. Congress*

Respectfully Submitted

*[signature]*

Robert Joe Strange 580251
Lawton, L.C.F. 6A-111
8607 S.E.Flowermound Road
Lawton,Oklahoma 73501

~~1-10-2019~~
1-31-2020

## CERTIFICATE OF SERVICE

I hereby certify that on this __31st__ day of __January__ 20_20_, I served a copy of the [application for order Nunc pro Tunc an proposed order] to the opposing party and or attorney __Judge D.A. Stevens__ at: __Caddo County Court House P.O. Box 10 Anadarko, OK, 73005__

Last known address/email by: __JCCC Post Office USA__
[State method of service]

__1-31-2020__
[Date]

[Signature] __380251__