THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT JOE STRANGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-20-145-R |
| | ) | |
| DONALD TRUMP, et al., | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner filed this action seeking an immediate release from custody. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On March 27, 2020, Judge Purcell issued a Report and Recommendation wherein he recommended the Petition be dismissed without prejudice because Petitioner failed to pay the filing fee or to comply with Judge Purcell's prior orders regarding deficiencies in his application for leave to proceed *in forma pauperis* (Doc. No. 6). The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein nor sought an extension of time in which to object to the Report and Recommendation. Accordingly, the Report and Recommendation is ADOPTED IN ITS ENTIRETY and the Petition is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 21st day of April 2020.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE